Clyde E. GRIFFIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71401.

Missouri Court of Appeals,
. Western District.

Dec. 30, 2010.

Susan E. Summers, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES E. WELSH, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Clyde Griffin appeals the circuit court's judgment denying his motion for post-conviction relief.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.